UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASTITY KIRVEN,<br><br>        Plaintiff,<br><br>v.<br><br>BILL READY, et al.,<br><br>        Defendants. | Case No. 25-cv-10454-LJC<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION FOR PERMISSION TO FILE IN PAPER**<br><br>Re: Dkt. No. 4 |

Plaintiff Chastity Kirven, pro se, has filed an "Administrative Motion for Permission to File in Paper." ECF No. 4. Civil Local Rule 5-1(b), which Plaintiff attaches in relevant part to her administrative motion, ECF No. 4 at 9,[1] provides that "[p]ro se parties must file case-initiating documents manually" and "may file subsequent documents in the same case manually." Civ. L.R. 5-1(b). No further permission is necessary for Plaintiff to file manually. The Court therefore finds Plaintiff's administrative motion to be moot and will take no further action on it.

Plaintiff also discusses the California Rules of Court, but those rules generally do not apply to federal courts. ECF No. 4 at 5–6. This litigation is instead governed by the Federal Rules of Civil Procedure and this Court's Local Rules, among other potentially relevant authority.

**IT IS SO ORDERED.**

Dated: December 8, 2025

                                              LISA J. CISNEROS
                                              United States Magistrate Judge

---

[1] Citations herein to documents filed in the record of the case refer to page numbers as assigned by the Court's ECF filing system.